# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0025
Lower Tribunal No. B22-314
_____

**State of Florida,**
Appellant,

vs.

**Erick Canoura,**
Appellee.

An Appeal from the County Court for Miami-Dade County,
Betsy Alvarez-Zane, Judge.

James Uthmeier, Attorney General, and Ivy R. Ginsberg,
Assistant Attorney General, for appellant.

Carlos J. Martinez, Public Defender, and Maria E. Lauredo, Chief
Assistant Public Defender, for appellee.

Before FERNANDEZ, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.